IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISAIAH THOMAS MARKERT,<br>      Plaintiff | )<br>)<br>) | C.A. No. 22-273 Erie |
| v. | )<br>) | |
| OIL CITY YMCA, | )<br>) | District Judge Susan Paradise Baxter |
|       Defendant. | ) | |

## ORDER

AND NOW, this 11th day of April, 2024,

For the reasons set forth in this Court's Memorandum Opinion filed on this date, IT IS HEREBY ORDERED that Defendant's motion to dismiss for failure to prosecute [ECF No. 19] is GRANTED and this case is DISMISSED.

The Clerk is directed to mark this case CLOSED.

_____
SUSAN PARADISE BAXTER
United States District Judge